IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BETH A. FEELEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CA No. 1:08cv1212 |
| | ) GBL/TCB |
| TOTAL REALTY MANAGEMENT, | ) (consolidated with |
| LLC., et al., | ) C.A. No. 1:09-cv-6 GBL/TCB |
| | ) and |
| Defendants. | ) C.A. No. 1:09-cv-282 GBL/TCB) |

## STIPULATION OF UNDISPUTED FACTS

Plaintiffs in the civil action styled as Beth Feeley, *et al.,* v. Total Realty Management, LLC, *et al.,* Civil Action Number 1:08-cv-1212 GBL/TCB, consolidated with Civil Action Number 1:09-cv-6 GBL/TCB and Civil Action No. 1:09-cv-282 (collectively "Plaintiffs"), and Defendants R.A. North Development, Inc. ("R.A. North"), R.A. North Development I, Inc. ("R.A. North I"), Southeastern Waterfront Marketing, Inc. ("SWM"), and Southeastern Land Sales, Inc. ("SLS"), by their respective counsel, agree to the following stipulations of fact:

    1.    Each of the Plaintiffs is over the age of eighteen years.

    2.    At all times relevant hereto each of the Plaintiffs was legally competent.

    3.    TRM was in the business of buying and selling lots.

    4.    TRM was in the land sales business.

DATED:  August 25, 2009      By      /s/
William D. Dolan, III
VSB No. 12455
Henry Brandenstein, Jr.
VSB No. 21151
Emily H. Jenkins
VSB No. 76880
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
Tel:  (703) 760-1600
Fax:  (703) 821-8949
wddolan@venable.com

*Counsel for R.A. North Development, Inc., R.A. North Development I, Inc., Southeastern Waterfront Marketing, Inc. and Southeastern Land Sales, Inc.*


By      /s/
Martin Carroll Conway
VSB No. 34334
John Connell Altmiller, Jr.
VSB No. 34902
Susan Jill Pisner
VSB No. 31227
Pesner, Kawamoto, Conway, PLC
7926 Jones Branch Drive
Suite 930
McLean, VA 22102
(703) 506-9440
(703) 991-2274 (facsimile)
mconway@pkc-law.com
jaltmiller@hlandl.com
jpisner@pkc-law.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2009, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means:

>John Paul Forest II
>Stahl, Forest & Zelloe PC
>11350 Random Hills road
>Suite 700
>Fairfax, VA 22030
>Phone:  (703) 691-4940
>j.forest@sfzlaw.com
>
>*Counsel for Plaintiffs*
>
>Alan Steven Shachter
>10561 Crestwood Drive
>Manassas, VA 20109
>ashachter2@verizon.com
>
>*Counsel for Daniel Meier*
>
>
>Jeffrey M. Sherman
>Semmes, Bowen & Semmes
>1001 Connecticut Avenue
>Suite 1100
>Washington, DC  20036
>
>*Counsel for Bryan S. Ross, Trustee*
>*In Bankruptcy for Total Realty Management*

And by first-class mail on:

Mark Dain
1302 Yates Circle
Fredericksburg, VA  22401

Mark Jalajel
4315 Windermere Place
Woodbridge, VA  22192

Cari Deutermann
11795 Antietam Road
Woodbridge, VA  22192

Madrid Investment Holdings, LLC
Robert Dain, Registered Agent
1810 Michael Faraday Drive
Suite 102
Reston, VA  20190

Michael McCracken
6488 Palisades Drive
Centreville, VA  20121

              /s/
William D. Dolan, III
VSB No. 12455
Henry Brandenstein, Jr.
VSB No. 21151
Emily H. Jenkins
VSB No. 76880
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
wddolan@venable.com

*Counsel for Defendants*
*R.A. North Development, Inc.*
*R.A. North Development I, Inc.*
*Southeastern Waterfront Marketing,*
*Inc. and Southeastern Land Sales, Inc.*

MC1DOCS1\286639

- 4 -