IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BETH A. FEELEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CA No. 1:08cv1212 |
| | ) GBL/TCB |
| TOTAL REALTY MANAGEMENT, | ) (consolidated with |
| LLC., et al., | ) C.A. No. 1:09-cv-6 GBL/TCB |
| | ) and |
| Defendants. | ) C.A. No. 1:09-cv-282 GBL/TCB) |

## ORDER

This matter came before the Court on the Joint Consent Motion for Extension of Time and the setting of times for responses, replies and any cross motion for summary judgment and consequent pleadings. It appearing to the Court that the motion should be granted, it is hereby

ORDERED that the Feeley plaintiffs are granted until November 23, 2009, within which to file their response to the Motion for Summary Judgment and defendants are granted until December 2, 2009, within which to file their reply brief. Should Plaintiffs file a cross motion for summary judgment it shall be filed on or before November 23, 2009 and defendants' response thereto shall be filed by December 7, 2009. Any reply brief by Plaintiffs on the cross motion for summary judgment shall be filed by December 7, 2009.

Entered this 3rd day of November, 2009.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Judge Theresa Buchanan

MCIDOCS1\290152