IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BETH A. FEELEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CA No. 1:08cv1212 |
| | ) GBL/TCB |
| TOTAL REALTY MANAGEMENT, | ) (consolidated with |
| LLC., et al., | ) C.A. No. 1:09-cv-6 GBL/TCB |
| | ) and |
| Defendants. | ) C.A. No. 1:09-cv-282 GBL/TCB) |

FILED NOV 30 2009

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Michael J. Tanner, Joseph P. Quigg, Renne Quigg, William K. Warren, Susan O. Warren, and Melissa D. Pilla (collectively the "Tanner Plaintiffs"), filed suit under Civil Action No. 1:09-cv-282, against Defendants R.A. North Development, Inc. ("R.A. North") and R.A. North Development I, Inc. ("R.A. North I") (collectively the "Developer Defendants"), and Defendants Southeastern Waterfront Marketing, Inc. ("SWM") and Southeastern Land Sales, Inc. ("SLS") (collectively the "Marketing Defendants"); and,

The Tanner Plaintiffs suit was consolidated with Civil Action No. 1:08-cv-1212 and Civil Action No. 1:09-cv-6; and

The Tanner Plaintiffs have now agreed that all claims brought by the Tanner Plaintiffs against the Developer Defendants and the Marketing Defendants should be dismissed, with prejudice;

Accordingly, pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated by the Tanner Plaintiffs, the Developer Defendants, and the Marketing Defendants that all claims asserted by the Tanner Plaintiffs against the Developer Defendants and the Marketing Defendants are hereby

dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

It is so ORDERED.

Entered this 30st day of November, 2009.

/s/
Gerald Bruce Lee
United States District Judge

Judge Gerald Bruce Lee

Agreed to by:

/s/
John Paul Forest II
Stahl, Forest & Zelloe PC
11350 Random Hills Road
Suite 700
Fairfax, VA 22030
Phone: (703) 691-4940
j.forest@sfzlaw.com
*Counsel for Tanner Plaintiffs*


/s/
William D. Dolan, III
VSB No. 12455
Henry Brandenstein, Jr.
VSB No. 21151
Emily H. Jenkins
VSB No. 76880
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
(703) 760-1600 (Telephone)
(703) 821-8949 (Facsimile)
wddolan@venable.com
*Counsel for Defendants
R.A. North Development, Inc.
R.A. North Development I, Inc.
Southeastern Waterfront Marketing, Inc. and
Southeastern Land Sales, Inc.*

/s/
Martin Carroll Conway
John Connell Altmiller, Jr.
Susan Jill Pisner
Pesner, Kawamoto, Conway
7926 Jones Branch Drive
Suite 930
McLean, VA 22102
*Counsel for Beth A. Feeley and
Consolidated Abraham Plaintiffs*


Alan Steven Shachter
10561 Crestwood Drive
Manassas, VA 20109
ashachter2@verizon.com
*Counsel for Daniel Meier*


Charles T. Busby
P.O. Box 818
Hampstead, NC 28443-0818


Madrid Investment Holdings, LLC
Robert Dain, Registered Agent
1810 Michael Faraday Drive
Suite 102
Reston, VA 20190


Michael McCracken
6488 Palisades Drive
Centreville, VA 20121


Mark Dain
7801 Purcell Branch, Ct.
Manassas, VA 20112

Mark Dain
PO Box 6303
Woodbridge, VA 221895


Cari Deutermann
11795 Antietam Road
Woodbridge, VA 22192

/s/
Steven Ramsdell, Esquire
Tyler, Bartl, Gorman & Ramsdell, PLC
700 South Washington Street
Suite 216
Alexandria, VA 22314
*Bankruptcy Counsel for Mark Jalajel*

3

_____/s/_____
Martin J. Yeager, Esq.
Bean, Kinney, & Korman PC
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
*Counsel for Total Realty Management, LLC*